**No. 57090.**—C. L. Huisking & Co., Inc., and Chas. L. Huisking & Co., Inc. *v.* United States, protests 194880–K and 193729–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of "Lithol N. F., Icthammol NF" similar in all material respects to the commodity passed upon in *United States* v. *Kachurin Drug Company* (39 C. C. P. A. 36, C. A. D. 459), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 26, 1953

**No. 57091.**—Gellman Brothers *v.* United States, protests 181769–K and 181770–K (Minneapolis).

Opinion by LAWRENCE, J. At the trial, counsel for the respective parties stipulated "that the articles identified as items numbered 3809, 3810, 3812 and 3815 on the invoices are composed in chief value of papier mache and will now be assessed at 12½ per centum ad valorem under Paragraph 1403, Tariff Act of 1930 as modified by T. D. 52476." Upon the agreed statement of facts, the claim of the plaintiff was sustained as to the items in question.

**No. 57092.**—C. J. Tower & Sons *v.* United States, protests 144243–K, etc. (Buffalo).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of abrasive sludge similar in all material respects to that the subject of *United States* v. *C. J. Tower & Sons* (40 C. C. P. A. 14, C. A. D. 491), the claim for free entry under paragraph 1664 was sustained.